EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2002

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. CR02-00308 SOM |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [H.R.S. § 708-810 and |
| | ) | 18 U.S.C. § 13] |
| JEANNIE L. BUCIO, (01) | ) | |
| CHRISTOPHER K. HORNER, (02) | ) | |
| Defendants. | ) | |

### INDICTMENT

The Grand Jury charges that:

On or about June 3, 2002, in the District of Hawaii, defendants **JEANNIE L. BUCIO** and **CHRISTOPHER K. HORNER,** at a place within the special maritime and territorial jurisdiction of the United States, namely McGrew Point Naval Housing Area, did intentionally enter and remain unlawfully in the dwelling of

another, to wit: the residence of Enrique Panlilio and Desiree Panlilio, located at 49 McGrew Loop, McGrew Point Naval Housing Area, Aiea, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

DATED: July 11, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
JUSTIN B. CLANCY
Special Assistant U.S. Attorney

United States v. JEANNIE L. BUCIO, et al.
CR. NO.
INDICTMENT